**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kim Sordyl, OSB No. 031610**
Sordyl Law LLC
422 NW 13th Ave # 751
Portland, Oregon 97209
503-502-1974

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.B.**<br><br>　　　　Plaintiff<br><br>　　vs<br><br>**DR. JASON CAMPBELL** and **OREGON HEALTH & SCIENCE UNIVERSITY**<br><br>　　　　Defendants | Case No. 3:21-cv-00311-HZ<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF THE COURT'S FORM TIER 1 PROTECTIVE ORDER**<br><br>Oral Argument Requested |

**CERTIFICATION**

The parties made a good faith effort by email to resolve the dispute and have been unable to do so.

**MOTION FOR PROTECTIVE ORDER** – Page 1 of 3

## MOTION

Under FRCP 26(c) and this Court's inherent authority, plaintiff respectfully moves for entry of the Court's form tier 1 protective order.

A draft proposed order with slight modifications is attached, including inserted allegations from the complaint detailing why the facts at issue in this action create a need for a protective order, and a detailed statement describing the confidential nature of the documents and information at issue. Fuller Declaration ¶ 1. OHSU has publicly stated that it intends to soon file an answer to the complaint. *Id.* at ¶ 2. Plaintiff files this motion now so a protective order is in place by the time the parties exchange initial disclosures, which will contain the names of other alleged victims of sexual harassment at OHSU that warrant protection from public access at this early stage of the litigation. *Id.* at ¶ 3.

March 4, 2021

                                 **RESPECTFULLY FILED,**

                                 s/ Michael Fuller
                                 **Michael Fuller, OSB No. 09357**
                                 OlsenDaines
                                 US Bancorp Tower
                                 111 SW 5th Ave., Suite 3150
                                 Portland, Oregon 97204
                                 michael@underdoglawyer.com
                                 Direct 503-222-2000

**MOTION FOR PROTECTIVE ORDER** – Page 2 of 3

## CERTIFICATE OF SERVICE

I caused this document to be served on all parties who have filed an appearance in this action through the CM/ECF system.

March 4, 2021

                                          <u>s/ Michael Fuller</u>
                                          **Michael Fuller, OSB No. 09357**
                                          OlsenDaines
                                          US Bancorp Tower
                                          111 SW 5th Ave., Suite 3150
                                          Portland, Oregon 97204
                                          michael@underdoglawyer.com
                                          Direct 503-222-2000

**MOTION FOR PROTECTIVE ORDER** – Page 3 of 3