**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kim Sordyl, OSB No. 031610**
Sordyl Law LLC
422 NW 13th Ave # 751
Portland, Oregon 97209
503-502-1974

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.B.**<br><br>Plaintiff<br><br>vs<br><br>**DR. JASON CAMPBELL** and **OREGON HEALTH & SCIENCE UNIVERSITY**<br><br>Defendants | Case No. 3:21-cv-00311-HZ<br><br>**COVER PAGE** |

**COVER PAGE**



# Portland Police Bureau
## PUBLIC RECORD RELEASE

**CASE NUMBER**

## GENERAL OFFENSE

| REPORTED DATE/TIME | OCCURRED DATE/TIME | AUTHOR |
|---|---|---|
| 11/09/2020 1154 | 11/08/2020 1600 TO 11/09/2020 1130 | SHARPE, JOSEPH (43527) |

| LOCATION OF INCIDENT | PLACE |
|---|---|
| PORTLAND | |

| COUNTY | DISTRICT | BEAT | GRID |
|---|---|---|---|
| MULTNOMAH | | | |

| SEVERITY | FAMILY VIOLENCE | GANG INVOLVEMENT | SPECIAL STUDY |
|---|---|---|---|
| | No | | |

**RELATED INCIDENT NUMBERS**

| TOTAL LOSS | TOTAL RECOVERED | DAMAGED TOTAL | DRUG TOTAL |
|---|---|---|---|
| | | $1000 | |

| INTERNAL STATUS | APPROVED BY | APPROVED ON |
|---|---|---|
| INACTIVE / SUSPENDED - LACK OF TANGIBLE LEADS | VIUHKOLA, CRYSTAL M (29197) | 11/11/2020 |

## OFFENSES [1]

| OFFENSE | STATUTE | PREMISE TYPE |
|---|---|---|
| VANDALISM-VEHICLE | | Parking/Drop Lot/Garage |

| BIAS |
|---|
| NONE (NO BIAS) |

## PERSON - VICTIM #1

| NAME (LAST, FIRST MIDDLE) | SEX | RACE | DOB | AGE |
|---|---|---|---|---|
| | FEMALE | | | |

| HOME ADDRESS - STREET, CITY ZIP | HEIGHT | WEIGHT | HAIR COLOR | EYES |
|---|---|---|---|---|
| | | | | |

| HOME PHONE | CELL PHONE | WORK PHONE | EMAIL ADDRESS |
|---|---|---|---|
| ( | ( | ( | |

| DRIVERS LICENSE (STATE) | SOCIAL SECURITY NUMBER | POB | ETHNICITY |
|---|---|---|---|
| REDACTED | | | |

| EMPLOYER | WORK OR SCHOOL ADDRESS - STREET, CITY ZIP | OCCUPATION |
|---|---|---|
| | | SOCIAL WORKER |

## VEHICLE - VICTIM #1

| LICENSE NUMBER | STATE OF ISSUE | VEHICLE TYPE | LICENSE TYPE | LICENSE YEAR |
|---|---|---|---|---|
| | Oregon | | Passenger Car | |

| VIN | OWNER APPLIED NUMBER |
|---|---|
| | |

**MISC INFORMATION**

| MAKE | MODEL | STYLE | YEAR | COLOR |
|---|---|---|---|---|
| | | | | |

| INSURANCE COMPANY | LIAB | POLICY # | EXP DATE |
|---|---|---|---|
| | | | |

**AUTOMOBILE DETAILS**

| TRANSMISSION | INTERIOR DESCRIPTION | | EXTERIOR DESCRIPTION | |
|---|---|---|---|---|
| WINDOWS | WHEELS | CONDITION | MODIFICATION | |
| BODY DAMAGE | | | OTHER FEATURES | |

*Exhibit 2*

| **NARRATIVE** | |
|---|---|
| **AUTHOR**<br>SHARPE, JOSEPH (43527) | **DATE/TIME**<br>11/09/2020 1257 |
| **SUBJECT**<br>NARRATIVE | |

I spoke by phone with          who told me that between listed hours someone vandalized her vehicle. The vehicle was parked in a small lot with seven other cars, none of which had been touched. There was no attempt to enter her vehicle. Black spray paint had been used to write "BLM" and "pig" on the vehicle on all four sides.

I asked        if she knew why anyone had done this. She told me that earlier in the year she had started a sexual harassment claim against a coworker, Jason Campbell, while both of them were working at the VA hospital. The criminal aspect of that complaint was investigated by VA federal police on case number

Exhibit 2

| **PROPERTY REPORT - DAMAGED** | | | | | |
|---|---|---|---|---|---|
| **PROPERTY REPORT #** | **SUBMITTED ON** 11/09/2020 | | **SUBMITTED BY** SHARPE, JOSEPH | | |
| **RELATED EVENTS** | | | | | **RELATED ITEMS** 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **ARTICLES** | **STATUS** DAMAGED | **TAG #** - | **ARTICLE** | | | |
| | **MAKE** | | **MODEL** | | **COLOR** | **VALUE** 1000.0 |
| | **# PIECES** | **SERIAL NUMBER(S)** NA | **OAN** | **DESCRIPTION** CAR PAINT | | |
| | **RECOVERED DATE** | **RECOVERED VALUE** 0.0 | **RECOVERED LOCATION** | | | |

**\*\*\* END OF HARDCOPY \*\*\***

*Exhibit 2*