**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kim Sordyl, OSB No. 031610**
Sordyl Law LLC
422 NW 13th Ave # 751
Portland, Oregon 97209
503-502-1974

**Emily Templeton**
Court Certified Law Clerk
OlsenDaines

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.B.**<br><br>    Plaintiff<br><br>vs<br><br>**DR. JASON CAMPBELL** and **OREGON HEALTH & SCIENCE UNIVERSITY**<br><br>    Defendants | Case No. 3:21-cv-00311-HZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE** – Page 1 of 3

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under FRCP 41(a)(1)(A)(ii), all parties stipulate to a dismissal of this action with prejudice and without award of attorney fees or costs or expenses to any party.

s/ Karen O'Kasey
**Karen O'Kasey, OSB No. 870696**
Of Attorneys for Defendant OHSU


s/ Courtney Angeli
**Courtney Angeli, OSB No. 941765**
Of Attorneys for Defendant Campbell


April 27, 2021

                        **RESPECTFULLY FILED,**

                        s/ Michael Fuller
                        **Michael Fuller, OSB No. 09357**
                        Lead Trial Attorney for Plaintiff
                        OlsenDaines
                        US Bancorp Tower
                        111 SW 5th Ave., Suite 3150
                        Portland, Oregon 97204
                        michael@underdoglawyer.com
                        Direct 503-222-2000

**CERTIFICATE OF SERVICE**

I caused this document to be served on all parties who have appeared in this action through the CM/ECF system.

April 27, 2021

                                      <u>s/ Michael Fuller</u>
                                      **Michael Fuller, OSB No. 09357**
                                      Lead Trial Attorney for Plaintiff
                                      OlsenDaines
                                      US Bancorp Tower
                                      111 SW 5th Ave., Suite 3150
                                      Portland, Oregon 97204
                                      michael@underdoglawyer.com
                                      Direct 503-222-2000

**STIPULATION OF DISMISSAL WITH PREJUDICE** – Page 3 of 3